UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENNIE ANDERSON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-0356 |
| v. | : | (JUDGE MANNION) |
| **PAULA PRICE, et al.,** | : | |
| Defendants | : | |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss, filed on behalf of Defendants Paula Price and Mary Lou Showalter, (Doc. 36) is **GRANTED**.

2. Defendants Unknown Named SCI-Huntingdon Medical Director and Four Unknown Named SCI-Huntingdon Doctors are **DISMISSED** from the above captioned action pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

5. The parties' motions for more definite statement[1] (Docs. 44, 48, 50, 55) are **DISMISSED** as moot.

---

[1] Plaintiff's motions for more definite statement simply repeat the allegations contained in Plaintiff's amended complaint. (See (Docs. 44, 55).

(footnote continued on next page)

6. Plaintiff's motion for appointment of counsel (Doc. 54) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 20, 2022**
20-0356-01-ORDER

---

They do not provide the identity of the unknown named Defendants. However, even if Plaintiff were to identify the unknown named Defendants, these Defendants are entitled to dismissal from the above captioned action for the reasons set forth the in the accompanying memorandum. As such, Plaintiff's motions for more definite statement are dismissed.