UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-3058
_____

BENNIE ANDERSON,
                Appellant

v.

PAULA PRICE, Correctional Health Care Administrator; MARY LOU SHOWALTER, Ex-Correctional Health Care Administrator; UNKNOWN NAMED MEDICAL DIRECTOR OF SCI HUNTINGDON; FOUR UNKNOWN NAMED DOCTORS WHO WORKED AT SCI HUNTINGDON
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 3-20-cv-00356)
District Judge: Honorable Malachy E. Mannion
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 1, 2023

Before: HARDIMAN, PORTER, and FREEMAN, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 1, 2023. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 20, 2022 be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

Dated:

s/ Patricia S. Dodszuweit
Clerk